240

Andrew **KONSTANTINIDIS**, Libellant-Appellant,

v.

**S.S. TARSUS, her Engines, Boilers, etc., and Denizcilik Bankasi T. A. O.,** Respondent-Appellee.

No. 137, Docket 29916.

United States Court of Appeals Second Circuit.

Argued Nov. 4, 1965.

Decided Nov. 16, 1965.

Vincent J. Ryan, New York City (Hill, Rivkins, Louis & Warburton, New York City, on the brief), for appellant.

Richard Gyory, New York City (Lester M. Levin, New York City, on the brief), for appellee.

Before KAUFMAN and HAYS, Circuit Judges, and TIMBERS, District Judge.*

PER CURIAM.

We affirm on the thorough opinion of Judge McLean, 248 F.Supp. 280 (S.D. N.Y.1965).

Orville W. **WALKER**, Appellant,

v.

**MONSANTO CHEMICAL COMPANY,** a corporation, Appellee.

No. 10077.

United States Court of Appeals Fourth Circuit.

Argued Dec. 9, 1965.

Decided Dec. 16, 1965.

Richard M. Markus, Cleveland, Ohio (Sindell, Sindell, Bourne, Markus, Stern & Spero, Cleveland, Ohio, and Kaufman & Browning, Charleston, W. Va., on brief), for appellant.

Robert L. Elkins, Charleston, W. Va., (W. T. O'Farrell, John R. Lukens, and Jackson, Kelly, Holt & O'Farrell, Charleston, W. Va., on brief), for appellee.

Before BOREMAN and BRYAN, Circuit Judges, and MAXWELL, District Judge.

PER CURIAM:

Upon consideration of the record, the briefs of the parties filed herein and the oral arguments of counsel presented at the bar of the court, we find no substantial error commanding reversal. Therefore the judgment below will be affirmed.

Affirmed.